MIE 3  
Revised 07/12

Order of the Court to Dismiss Petition and Recall Warrant

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

UNITED STATES OF AMERICA

    v.

DAILEY, JR., GARY LEE                                    Crim. No.: 06-CR-20346-01

On 10/26/2017 the Court authorized a petition and warrant for supervised release violation charge(s).

    DAILEY remains in Michigan Department of Corrections custody with an earliest release date of March 2024 and maximum release date of October 2064. Inasmuch, the probation department is recommending that the violation petition be dismissed and the warrant be recalled and case closed.

Reviewed and Approved:                                          Respectfully submitted,

s/Ann R. Smith                                                   s/Alan R. Axford  
Supervising United States Probation Officer           United States Probation Officer  
(734) 741-2076                                                   (313) 234-5271

## ORDER OF THE COURT

    Pursuant to the above, it is ordered that the pending violation matter be resolved, the warrant recalled and the case closed.

    Dated this 23rd Day of April, 2021,

                                                                      s/Robert H. Cleland  
                                                                      Robert H. Cleland  
                                                                      United States District Judge

cc: U.S. Marshal Service